AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Richard J. Escalera

*Defendant*

)
)  Case: 1:22-mj-00224
)  Assigned to: Judge Meriweather, Robin M.
)  Assign Date: 10/20/2022
)  Description: COMPLAINT W/ ARREST WARRANT
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Richard Escalera,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 10/20/2022

*Issuing's signature:* Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2022.10.20 13:54:31 -04'00'

City and state: Washington, D.C.
Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/20/2022, and the person was arrested on *(date)* 10/21/2022
at *(city and state)* Pensacola, Florida.

Date: 10/21/2022

*Arresting officer's signature:* Chris Myers

Christopher Alan Myers, FBI Special Agent
*Printed name and title*